*THIBAUD vs. THIBAUD'S HEIRS,*

Eastern District;
June, 1830.

THIBAUD
vs.
THIBAUD'S
HEIRS.

To form a contract of deposit there ought to be a delivery, the principal object of which is the taking care of the thing deposited.

APPEAL from the court of probates of the parish and city of New-Orleans.

The plaintiff claimed the privilege of a depositor by virtue of a letter from the ancestor of the defendants wherein he acknowledged to have in his hands a sum of money belonging to the plaintiff, and which he held subject to her order. There was judgment for the defendants in the court below and the plaintiff appealed.

*Rodrigues* for appellant.

*Moreau* and *Soulé* for appellee.

MARTIN, J. delivered the opinion of the court. The plaintiff and appellant complains of the judgment of the court of probates; which disallowed her claim to privilege, which she claimed as depository of two sums of money, for which she was recognized as chirographary creditor.

The evidence of the deposit is presented in the following acknowledgement of the de-

Eastern District.
June, 1830.

THIBAUD
vs.
THIBAUD'S
HEIRS.

fendants ancestor. I acknowledge to have; belonging to Miss S. Thibaud, five hundred and seventy-five dollars, which I will hold at her disposal. *Je reconnois avoir à, Mlle. S. Thibaud, cinq cent soixante et quinze piastres, que je tiendrai á sa disposition.*

The evidence of the second deposit, is in a letter in which the defendants' ancestor informs the plaintiff he has settled some concern of hers, in which nine hundred and ninety-three dollars are coming to her, which he says he will keep to her order: *que je tiendrai à tes ordres.*

We think the judge of probates did not err.

As to the first sum, it does not appear how it came to the hands of the defendant's ancestor. To form a contract of deposit there ought to be a delivery, the principal object of which is the taking care of the thing deposited. *Pothier, contrat de dépôt ch. 1. art.* 259. *Civil Code,* 410, *art* 1 and 2, 412, *art.* 8. *Pothier* cites, among other authorities, *H.* 16, 3, 1. *Si tibi mandavero ut rem ab alique meo nomine receptam custodias, idque feceris; mandatian depositi tenearis et magis probat mandati esse actionem, quia fuerit*

To form a contract of deposite there ought to be a delivery, the principal object of which is the taking care of the things deposited.

*prismus contractus.*    Nothing shows that the money was received or a delivery to keep.

The party received the money as the plaintiffs agent or negociant.

The case is stronger in favor of the defendants, as to the second sum.   The quotation from the *Digest* is  particularly applicable to it. *Durnford* vs. *Segher's syndics,* 9  *Martin,* 420.

It is therefore ordered, adjudged and decreed that the judgement of the district court, be  affirmed with costs.